Van Dyck Foods, Inc., v. The Dime Savings Bank of Brooklyn.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Murray Goldberg, on Behalf of Himself and All Other Stockholders of Standard Power and Light Corporation Similarly Situated v. Victor Emanuel and Others, Impleaded with Standard Power and Light Corporation.— Motion for leave to appeal to the Court of Appeals, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

(April 22, 1938.)

Nicholas Roerich, Helena Roerich, Maurice M. Lichtmann, Sina Lichtmann and Frances R. Grant, Appellants, v. Louis L. Horch, Nettie S. Horch, and Master Institute of United Arts, Inc., Respondents.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents; dissenting opinion by O'Malley, J.

O'Malley, J. (dissenting). The indisputable documentary evidence bearing on the main issues presented was of such a character that a finding in favor of plaintiffs was required. (*Duryea* v. *Zimmerman*, 143 App. Div. 60, 68; *Susquehanna Silk Mills* v. *Jacobson*, 185 id. 378, 383. See, also, *Bernstein* v. *Kritzer*, 253 N. Y. 410, 416.) I, therefore, dissent and vote to reverse and grant judgment for the plaintiffs as prayed for in the complaint and to dismiss the counterclaims.

In the Matter of the Judicial Settlement of the Account of the Acts and Proceedings of the Title Guarantee and Trust Company as Trustee of the Trust Created by Paragraph " Third " of the Last Will and Testament of Frank L. Nugent, Deceased. Frank Lafayette Nugent and Florence R. Nugent, Objectants, Appellants, Title Guarantee and Trust Company, Trustee, Respondent.— Decree unanimously affirmed, with costs payable out of the estate. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

Title Guarantee and Trust Company and Bond and Mortgage Guarantee Corporation, Appellants, v. Corinne Hofheimer and Others, as Executors, etc. of Lester Hofheimer, Deceased, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.